**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

JANE DOE,

                Plaintiff,

        -against-

SHAMSHOD KURBANOV, SANOAT
MUMINOVA, NYC ALL GLASS SYSTEM
INC., and ALL GLASS SERVICE OF NY,

                Defendants.

C.A. No. 1:26-cv-02595

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Yeo Eun Yoon, move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an order allowing the admission of movant, an associate at the firm Dechert LLP and a member in good standing of the bar of the state of New York (NY Bar No. 6209266), as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Jane Doe. I was admitted to the bar of the State of New York on May 19, 2025.

I have never been held in contempt of court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 30, 2026

                Respectfully submitted,

                /s/ Yeo Eun Yoon_____
                Yeo Eun Yoon
                Dechert LLP
                Three Bryant Park

1095 Avenue of the Americas
New York, New York, 10036
Tel: 212-698-3821
kayla.yoon@dechert.com