

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax

**May Chiang**
*Partner*

may.chiang@dechert.com
+1 212 649 8734 Direct
+1 212 698 0441 Fax

May 7, 2026

**VIA ECF**

Hon. Seth D. Eichenholtz
United States Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Doe v. Kurbanov*, Case No. 26-cv-2595

Dear Judge Eichenholtz:

On behalf of Plaintiff Jane Doe ("Plaintiff"), I respectfully request that the Court provisionally seal the filing at Docket Entry No. 3 in the above-captioned matter, pending the Court's decision on Plaintiff's motion to proceed anonymously and to allow counsel to file corrected pro hac vice papers.

On April 30, 2026, Plaintiff filed the complaint and the case-initiating documents. Plaintiff seeks to proceeds in this matter under the pseudonym "Jane Doe" in light of the sensitive nature of the allegations. Contemporaneously with the Complaint, Plaintiff filed a Motion for Leave to Proceed Under a Pseudonym at Docket Entry No. 2. Defendants have been served but have not yet appeared.

Certain metadata associated with Docket Entry No. 3 (Notice of Motion to Admit Counsel Pro Hac Vice) and Docket Entry No. 3-3 (Proposed Order) compromises Plaintiff's anonymity. We therefore request the provisional sealing of Docket Entry No. 3 in its entirety to permit us to re-file corrected documents. Such sealing has been granted in other matters where metadata may inadvertently reveal confidential information. *See Cumulus Media New Holdings Inc. v. Nielsen Co. (US) LLC*, No. 25-CV-08581 (JAV), 2025 WL 3484852 (S.D.N.Y. Dec. 4, 2025), *on reconsideration*, No. 25-CV-08581 (JAV), 2025 WL 3632864 (S.D.N.Y. Dec. 15, 2025).



Defendants will suffer no prejudice from the provisional sealing of the pro hac vice documents, particularly as corrected versions will be filed promptly thereafter.

Accordingly, Plaintiff respectfully requests that the Court enter an order provisionally sealing Docket Entries Nos. 3, 3-1, 3-2, and 3-3 in their entirety.

Should the Court request additional details on this matter, I am available to provide such information in a declaration and would respectfully seek leave to file that declaration under seal to prevent disclosure of information that is the subject of Plaintiff's motion to proceed under a pseudonym.


Respectfully submitted,

*/s/ May Chiang*

May Chiang

*Counsel for Plaintiff Jane Doe*