UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JANE DOE,

            Plaintiff,

        -against-

SHAMSHOD KURBANOV, SANOAT
MUMINOVA, and NYC ALLGLASS
SYSTEM
INC.,

            Defendants.

-------------------------------------------------------------- X

**ORDER**
26-CV-2595 (AMD)(SDE)

**SETH D. EICHENHOLTZ**, United States Magistrate Judge:

Plaintiff's motion to proceed under a pseudonym (Dkt. No. 2) is GRANTED. If any

Defendants wish to file an objection to Plaintiff's continued use of a pseudonym, they shall file

their objection(s) no later than two weeks from the date they enter their appearance(s).

Plaintiff's counsel is directed to provide counsel for any Defendant with a copy of this Order.

**SO ORDERED.**

Dated: Brooklyn, New York
     May 11, 2026

                        /S/ *SETH D. EICHENHOLTZ*
                        SETH D. EICHENHOLTZ
                        United States Magistrate Judge
                        Eastern District of New York