**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>SHAMSHOD KURBANOV, SANOAT MUMINOVA, and NYC ALL GLASS SYSTEM INC.,<br><br>*Defendants*. | Case No. 1:26-cv-02595 |

**PLAINTIFF'S NOTICE OF MOTION**
**TO DISMISS DEFENDANTS' COUNTERCLAIMS**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the pleadings, the accompanying Request for Judicial Notice and Exhibits A through G thereto, and all other papers herein, Plaintiff Jane Doe moves for an order dismissing the three counterclaims from Defendants' Answer, Affirmative Defenses and Counterclaims with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as this Court may deem just and proper.

Dated: October 15, 2026

Respectfully submitted,

By: /s/ May Chiang

May Chiang
Sumridhi Kaur
Yeo Eun Yoon
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas

New York, New York 10036
May.chiang@dechert.com
Sumridhi.kaur@dechert.com
Kayla.yoon@dechert.com

*Attorneys for Plaintiff*