**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>SHAMSHOD KURBANOV, SANOAT MUMINOVA, and NYC ALL GLASS SYSTEM INC.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-02595 |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS**

# FILED UNDER SEAL